# Exhibit 2

| Infringement Claim Chart for U.S. Pat. No. US7130430B2 v. Sennheiser Electronics Corporation ("Defendant") |
|---|

| Claim 3 | Evidence |
|---|---|
| 3. A speaker system for producing localized regions of sound comprising: | The AMBEO soundbar is a speaker system for producing localized regions of sound.<br><br>For example, the AMBEO soundbar produces a surround sound effect. The surround sound effect causes a listener facing the soundbar to perceive that sound emanating from the soundbar is originating at a location behind and to the left of the listener, referred to as surround left, and at another location behind and to the right of the listener, referred to as surround right.<br><br>Harnessing the power of a multi-speaker home cinema system to deliver a 3D audio experience like you've never heard before.<br><br>AMBEO \| OS |

1

| | | |
|---|---|---|
| | | A new music experience<br><br>360 Reality Audio uses Sony's object-based 360 Spatial Sound technology.<br><br>Individual sounds such as vocals, chorus, piano, guitar, bass and even sounds of a live audience can be placed in a 360 spherical sound field, giving artists and creators a new way to express their creativity. - AMBEO- Soundbar \| Max enables 360 Reality Audio content via Google Chromecast, allowing you to stream music in 3D without any additional devices.<br><br>Our AMBEO Soundbar \| Max delivers a 5.1.4 sound experience and produces deep, 30Hz bass without the need for an extra subwoofer. |

| | |
|---|---|
| | AMBEO|OS expands its eco-system with support for AirPlay 2, Spotify Connect, and TIDAL Connect.<br><br>AMBEO Soundbar | Max, the world's best sounding soundbar, is getting even better. With the launch of an all-new operating system, AMBEO|OS, it receives a major update that expands its eco-system with support for AirPlay 2, Spotify Connect, and TIDAL Connect. A fresh new user experience is offered by the all-new Smart Control App and a new web browser interface, which combine gorgeous modern design with effortless and responsive control.<br><br>Source: https://www.sennheiser-hearing.com/en-us/p/ambeo-soundbar/ |

| | |
|---|---|
| a multiplicity of audio frequency speakers; | The AMBEO soundbar includes a multiplicity of audio frequency speakers.<br><br>For example, the AMBEO soundbar includes five audio speakers positioned along a front face of the soundbar and two audio speakers facing upwards.<br><br>Harnessing the power of a multi-speaker home cinema system to deliver a 3D audio experience like you've never heard before.<br><br>AMBEO \| OS<br><br>**Powered by 13 high-end drivers**<br><br>Our AMBEO Soundbar \| Max delivers a 5.1.4 sound experience and produces deep, 30Hz bass without the need for an extra subwoofer. |

| | |
|---|---|
| | <br>Source: https://www.sennheiser-hearing.com/en-us/p/ambeo-soundbar/ |
| at least one defined sound target spaced from each of the speakers of the multiplicity of speakers, wherein each speaker has a means for applying a time varying audio drive voltage which is | The AMBEO soundbar has at least one defined sound target spaced from each of the speakers of the multiplicity of speakers. Each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target. So that substantially identical sound from each speaker reaches the sound target at the same time.<br><br>For example, each of the speakers is connected to an audio amplifier. A surround left channel signal is provided to each speaker via the speaker's respective amplifier. The surround left channel is delayed slightly for speakers on the listener's left compared to speakers on the listener's right. The amount of delay is such that sound waves emanating from each of the speakers reach the surround left location at the same time, thereby interfering constructively to produce a resultant sound wave having peak spatial amplitude at the surround left location. When this wave reflects back to the listener, the |

| | |
|---|---|
| substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target, so that substantially identical sound from each speaker reaches the sound target at the same time; and | listener perceives that the sound originated from the surround left location.<br><br>Harnessing the power of a multi-speaker home cinema system to deliver a 3D audio experience like you've never heard before.<br><br>AMBEO \| OS<br><br>Source: https://www.sennheiser-hearing.com/en-us/p/ambeo-soundbar/<br><br>The AMBEO Soundbar \| Max merges with the acoustics of your environment to create a 3D sound experience. |

6

| | |
|---|---|
| | Source: https://www.sennheiser-hearing.com/en-us/p/ambeo-soundbar/ |
| wherein the means for applying a time varying audio drive voltage includes a class D amplifier. | The means for applying a time varying audio drive voltage includes a class D amplifier.<br><br>For example, each amplifier connected to a speaker is a class D audio amplifier.<br><br><br><br>Source: https://www.sennheiser-hearing.com/en-us/p/ambeo-soundbar/ |

## Accused Product List
AMBEO- Soundbar | Max
AMBEO- Soundbar | Plus


## References

[1] AMBEO- Soundbar | Max
https://www.sennheiser-hearing.com/en-US/p/ambeo-soundbar/

[2] AMBEO- Soundbar | Plus
https://www.sennheiser-hearing.com/en-US/p/ambeo-soundbar-plus/